## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

David E. Yarnell Sr.   AND
Susan J. Yarnell
    Debtors

: Case No.
:
: Chapter 13
:
:
:

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

December 21, 2007 (Debtor-husband)
January 4, 2008 (Debtor-husband)
January 18, 2008 (Debtor-husband)
February 1, 2008 (Debtor-husband)


December 14, 2007 (Debtor-wife)
December 31, 2007 (Debtor-wife)
January 15, 2008 (Debtor-wife)
February 1, 2008 (Debtor-wife)

Next Payment Advice Expected (post-filing):

February 15, 2008 (Debtor-husband)
February 15, 2008 (Debtor-wife)

YARNELL, DAVID E. SR. AND SUSAN J.

## AccuSpec Electronics, LLC — Earnings Statement

David E Yarnell
1905 Lakeland Drive
Fairview, PA 16415

| | | |
|---|---|---|
| Employee Id | 4400 | |
| Soc Sec Nbr | Masked | |
| Department | 607 | |
| Check Date | February 1, 2008 | |
| Period Ending | January 27, 2008 | |
| Voucher Number | 106557 | |
| Net Pay | 527.89 | |
| Dir Dep Amount | 527.89 | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| Bonus | | | | 230.00 |
| Hol | | | | 170.00 |
| Reg | 8.5000 | 80.00 | 680.00 | 1,870.00 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| EMST | | 10.00 |

| Gross Earnings | | 80.00 | 680.00 | 2,270.00 |
|---|---|---|---|---|

| Deductions | | 0.00 | 10.00 |
|---|---|---|---|

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S-0 | 680.00 | 72.00 | 250.85 |
| MED | | 680.00 | 9.86 | 32.92 |
| PA | S-0 | 680.00 | 20.88 | 69.70 |
| Mckean T. (E | | 680.00 | 6.80 | 22.70 |
| PASUI-E | | 680.00 | 0.41 | 1.36 |
| SS | | 680.00 | 42.16 | 140.74 |

| Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|
| Northwest Savin | C | | XXXXXX3510 | 527.89 |

Total Direct Deposits    527.89

| Accrual | Dollars | Hours |
|---|---|---|
| VAC (Hours) | | 20.0000 |

| Taxes | | 152.11 | 518.27 |
|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

## AccuSpec Electronics, LLC — Direct Deposit Advice

Check Date: February 1, 2008
Voucher Number: 106557

Direct Deposit Voucher

| Direct Deposit | Type | Transit | Account | Amount |
|---|---|---|---|---|
| Northwest Savin | C | | XXXXXX3510 | 527.89 |

David E Yarnell
1905 Lakeland Drive
Fairview, PA 16415

Total Direct Deposits    527.89

Non Negotiable - This is not a check - Non Negotiable

HARBOR CREEK LIBRARY    897-2137    P.2

## AccuSpec Electronics, LLC

### Earnings Statement

David E Yarnell
1905 Lakeland Drive
Fairview, PA 16415

| | | Employee Id | 4400 | Department | 607 | Check Date | January 18, 2008 |
|---|---|---|---|---|---|---|---|
| | | Soc Sec Nbr | Masked | | | Period Ending | January 13, 2008 |
| | | | | | | Voucher Number | 106409 |
| | | | | | | Net Pay | 686.30 |
| | | | | | | Dir Dep Amount | 686.30 |

| Earnings | Rate | Hours | Amount | YTD Amt | | Deductions | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Bonus | | | 230.00 | 230.00 | | EMST | 10.00 | 10.00 |
| Hol | 8.5000 | 10.00 | 85.00 | 170.00 | | | | |
| Reg | 8.5000 | 70.00 | 595.00 | 1,190.00 | | | | |

| Gross Earnings | | 80.00 | 910.00 | 1,590.00 |
|---|---|---|---|---|

| Taxes | Status | Taxable | Amount | YTD Amt | | Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| FITW | S-0 | 910.00 | 106.50 | 178.85 | | Northwest Savin | C | ■■■■■■ | XXXXXX3510 | 686.30 |
| MED | | 910.00 | 13.20 | 23.06 | | | | | | |
| PA | S-0 | 910.00 | 27.94 | 48.82 | | | | | | |
| PASUI-E | | 910.00 | 9.10 | 15.90 | | | | | | |
| Mckean T. (E | | 910.00 | 0.54 | 0.95 | | | | | | |
| SS | | 910.00 | 56.42 | 98.58 | | | | | | |
| | | | | | | Total Direct Deposits | | | | 686.30 |

| Taxes | | 213.70 | 366.16 |
|---|---|---|---|

DETAC ... MENT ALONG THE ...

**Law Offices of**
**M&A**
**Mazzei & Associates**

Professional Office Building
432 Boulevard of the Allies
Pittsburgh, PA 15219
Tel: 412.765.3606
Fax: 412.765.1917
Web: debt-be-gone.com

*Please send all correspondence to this Office.*



Pennsylvania
Locations:

Beaver
★
Belle Vernon
★
Clarion
★
Clearfield
★
Coudersport
★
Duncansville
★
Erie
★
Greensburg
★
Harrisburg
★
Indiana
★
Johnstown
★
Meadville
★
New Castle
★
Pittsburgh
★
Sharon
★
Somerset
★
Tarentum
★
Uniontown
★
Warren
★
Washington
★
White Oak
★
Williamsport
★
Wilkes-Barre
★
York



**PAY STUB INFORMATION**
**Check Date: 1/4/2008**

AccuSpec Electronics, LLC
8835 Walmer Drive
McKean, PA 16426

PAYEE NAME             David E. Yarnell
Social Security
Employee ID            4400

Payments

Holiday                          85.00
Regular                         595.00

Taxes

FITW                             72.35
MEDICARE                          9.86
PA                               20.88
McKean T.                         6.80
PASUI-E                            .41
SS                               42.16

Deductions
NONE

TOTAL PAY                       680.00
LESS TAXES                      152.46

TOTAL AFTER TAXES               527.54

Per Richard Amayo / Case Administrator
    Information deduced by using totals from pay stub information for the date of
    1/18/08 and Year To Date Totals.

HARBOR CREEK LIBRARY                                                                                              897-2137        P.3

## AccuSpec Electronics, LLC

### Earnings Statement

David E Yarnell
1905 Lakeland Drive
Fairview, PA 16415

| | | Employee Id | 4400 | | Check Date | December 21, 2007 |
| | | Soc Sec Nbr | Masked | | Period Ending | December 16, 2007 |
| | | Department | 607 | | Voucher Number | 106105 |
| | | | | | Net Pay | 564.68 |
| | | | | | Dir Dep Amount | 564.68 |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| O/T | 12.7500 | 4.00 | 51.00 | 328.32 |
| Reg | 8.5000 | 80.00 | 680.00 | 5,253.00 |

Gross Earnings    84.00    731.00    5,581.32

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S-0 | 731.00 | 80.00 | 599.99 |
| MED | | 731.00 | 10.60 | 80.93 |
| PA | S-0 | 731.00 | 22.44 | 171.35 |
| Mckean T. (B | | 731.00 | 7.31 | 55.82 |
| PASUI-E | | — | 0.65 | 5.02 |
| SS | | 731.00 | 45.32 | 346.04 |

Taxes    1,259.15

| Deductions | | Amount | YTD Amt |
|---|---|---|---|
| | | 0.00 | 0.00 |

| Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|
| Northwest Savin | C | | XXXXXX3510 | 564.68 |

Total Direct Deposits    564.68

HARBOR CREEK LIBRARY

| SSN | Name: SUSAN M YARNELL | Dept: 20 | Loc: 80 | | CHECK #: D0011127 |
|---|---|---|---|---|---|
| Earnings | | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | | 2,575.92 | 5,151.84 | FIT (M 0) +$50.00 | 328.92 | 657.84 |
| | | | | Medicare | 37.35 | 74.70 |
| | | | | Social Security | 159.71 | 319.42 |
| | | | | State Tax - Pennsylvania | 79.08 | 158.16 |
| | | | | PA Unemp Comp | 1.55 | 3.10 |
| | | | | Wage Tax - FAIRVIEW | 25.76 | 51.52 |
| | | | | Retirement | 167.43 | 334.86 |
| | | | | HCEA UNION DUES | 47.00 | 94.00 |
| | | | | DDN Deposit (CK) | 1,729.12 | 3,455.32 |
| | | | | PA Workmens Comp | | |
| | | | | LS Tax | | 2.92 |

Total Gross                         2,575.92    5,151.84
Deduction(excl direct deposit)        846.80    1,696.52
Net Pay                             1,729.12    3,455.32  Other Deductions
    Sick   90.000       Vacation   0.000        Personal   2.500      Emergency   0.000

CHECK DATE: 02/01/08     AMOUNT:      $0.00



D0011127

Direct Deposit Amount  $   1,729.12                          02/01/08              **********0.00

SUSAN M YARNELL
1905 LAKELAND DR
FAIRVIEW, PA 16415

Non-Negotiable

| SSN | Name: SUSAN M YARNELL | Dept: 20 | Loc: 80 | | CHECK #: D0011127 |
|---|---|---|---|---|---|
| Earnings | | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | | 2,575.92 | 5,151.84 | FIT (M 0) +$50.00 | 328.92 | 657.84 |
| | | | | Medicare | 37.35 | 74.70 |
| | | | | Social Security | 159.71 | 319.42 |
| | | | | State Tax - Pennsylvania | 79.08 | 158.16 |
| | | | | PA Unemp Comp | 1.55 | 3.10 |
| | | | | Wage Tax - FAIRVIEW | 25.76 | 51.52 |
| | | | | Retirement | 167.43 | 334.86 |
| | | | | HCEA UNION DUES | 47.00 | 94.00 |
| | | | | DDN Deposit (CK) | 1,729.12 | 3,455.32 |
| | | | | PA Workmens Comp | | |
| | | | | LS Tax | | 2.92 |

Total Gross                         2,575.92    5,151.84
Deduction(excl direct deposit)        846.80    1,696.52
Net Pay                             1,729.12    3,455.32  Other Deductions
    Sick   90.000       Vacation   0.000        Personal   2.500      Emergency   0.000

CHECK DATE: 02/01/08     AMOUNT:      $0.00

| S‗‗‗‗‗ Name: SUSAN M YARNELL  Dept: 20  Loc: 80 | | | CHECK #: D0010945 | | |
|---|---|---|---|---|---|
| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | 2,575.92 | 2,575.92 | FIT (M 0) +$50.00 | 328.92 | 328.92 |
| | | | Medicare | 37.35 | 37.35 |
| | | | Social Security | 159.71 | 159.71 |
| | | | State Tax - Pennsylvania | 79.08 | 79.08 |
| | | | PA Unemp Comp | 1.55 | 1.55 |
| | | | LS Tax | 2.92 | 2.92 |
| | | | Wage Tax - FAIRVIEW | 25.76 | 25.76 |
| | | | Retirement | 167.43 | 167.43 |
| | | | HCEA UNION DUES | 47.00 | 47.00 |
| | | | DDN Deposit (CK) | 1,726.20 | 1,726.20 |
| Total Gross | 2,575.92 | 2,575.92 | | | |
| Deduction(excl direct deposit) | 849.72 | 849.72 | | | |
| Net Pay | 1,726.20 | 1,726.20 | | | |
| Sick 91.000  Vacation 0.000 | | | Personal 2.500  Emergency 0.000 | | |
| | | | CHECK DATE: 01/15/08  AMOUNT: | | $0.00 |



D0010945

Direct Deposit Amount  $   1,726.20           01/15/08         **********0.00

SUSAN M YARNELL
1905 LAKELAND DR
FAIRVIEW, PA 16415

## Non-Negotiable

| S‗‗‗‗‗063 Name: SUSAN M YARNELL  Dept: 20  Loc: 80 | | | CHECK #: D0010945 | | |
|---|---|---|---|---|---|
| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | 2,575.92 | 2,575.92 | FIT (M 0) +$50.00 | 328.92 | 328.92 |
| | | | Medicare | 37.35 | 37.35 |
| | | | Social Security | 159.71 | 159.71 |
| | | | State Tax - Pennsylvania | 79.08 | 79.08 |
| | | | PA Unemp Comp | 1.55 | 1.55 |
| | | | LS Tax | 2.92 | 2.92 |
| | | | Wage Tax - FAIRVIEW | 25.76 | 25.76 |
| | | | Retirement | 167.43 | 167.43 |
| | | | HCEA UNION DUES | 47.00 | 47.00 |
| | | | DDN Deposit (CK) | 1,726.20 | 1,726.20 |
| Total Gross | 2,575.92 | 2,575.92 | | | |
| Deduction(excl direct deposit) | 849.72 | 849.72 | | | |
| Net Pay | 1,726.20 | 1,726.20 | | | |
| Sick 91.000  Vacation 0.000 | | | Personal 2.500  Emergency 0.000 | | |
| | | | CHECK DATE: 01/15/08  AMOUNT: | | $0.00 |

| SSN ██████ | Name: SUSAN M YARNELL | Dept: 20 | Loc: 80 | | CHECK #: | D0010750 |
|---|---|---|---|---|---|---|
| Earnings | | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | | 2,575.92 | 61,435.11 | FIT (M 0) +$50.00 | 329.32 | 6,458.19 |
| | | | | Medicare | 37.35 | 890.85 |
| | | | | Social Security | 159.71 | 3,809.03 |
| | | | | State Tax - Pennsylvania | 79.08 | 1,886.07 |
| | | | | PA Unemp Comp | 2.32 | 55.38 |
| | | | | Wage Tax - FAIRVIEW | 25.76 | 614.34 |
| | | | | Retirement | 167.43 | 3,993.26 |
| | | | | HCEA UNION DUES | 47.00 | 653.48 |
| | | | | DDN Deposit (CK) | 1,727.95 | 36,884.71 |
| | | | | PA Workmens Comp | | |
| | | | | EMS Tax | | 35.00 |
| | | | | CREDIT UNION | | 6,154.80 |
| Total Gross | | 2,575.92 | 61,435.11 | | | |
| Deduction(excl direct deposit) | | 847.97 | 24,550.40 | | | |
| Net Pay | | 1,727.95 | 36,884.71 | Other Deductions | | |
| Sick 91.000 | Vacation 0.000 | | Personal 2.500 | Emergency 0.000 | | |

CHECK DATE: 12/31/07     AMOUNT:     $0.00



D0010750

Direct Deposit Amount  $   1,727.95                  12/31/07            **********0.00

SUSAN M YARNELL
1905 LAKELAND DR
FAIRVIEW, PA 16415

## Non-Negotiable

| SSN ██████ | Name: SUSAN M YARNELL | Dept: 20 | Loc: 80 | | CHECK #: | D0010750 |
|---|---|---|---|---|---|---|
| Earnings | | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | | 2,575.92 | 61,435.11 | FIT (M 0) +$50.00 | 329.32 | 6,458.19 |
| | | | | Medicare | 37.35 | 890.85 |
| | | | | Social Security | 159.71 | 3,809.03 |
| | | | | State Tax - Pennsylvania | 79.08 | 1,886.07 |
| | | | | PA Unemp Comp | 2.32 | 55.38 |
| | | | | Wage Tax - FAIRVIEW | 25.76 | 614.34 |
| | | | | Retirement | 167.43 | 3,993.26 |
| | | | | HCEA UNION DUES | 47.00 | 653.48 |
| | | | | DDN Deposit (CK) | 1,727.95 | 36,884.71 |
| | | | | PA Workmens Comp | | |
| | | | | EMS Tax | | 35.00 |
| | | | | CREDIT UNION | | 6,154.80 |
| Total Gross | | 2,575.92 | 61,435.11 | | | |
| Deduction(excl direct deposit) | | 847.97 | 24,550.40 | | | |
| Net Pay | | 1,727.95 | 36,884.71 | Other Deductions | | |
| Sick 91.000 | Vacation 0.000 | | Personal 2.500 | Emergency 0.000 | | |

CHECK DATE: 12/31/07     AMOUNT:     $0.00

| SSN ▓▓▓ | Name: SUSAN M YARNELL | Dept: 20 | Loc: 60 | | CHECK #: D0010568 | |
|---|---|---|---|---|---|---|
| Earnings | | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | | 2,575.92 | 58,859.19 | FIT (M 0) +$50.00 | 329.32 | 6,128.87 |
| | | | | Medicare | 37.35 | 853.50 |
| | | | | Social Security | 159.71 | 3,649.32 |
| | | | | State Tax - Pennsylvania | 79.08 | 1,806.99 |
| | | | | PA Unemp Comp | 2.32 | 53.06 |
| | | | | Wage Tax - FAIRVIEW | 25.76 | 588.58 |
| | | | | Retirement | 167.43 | 3,825.83 |
| | | | | HCEA UNION DUES | 47.00 | 606.48 |
| | | | | DDN Deposit (CK) | 1,727.95 | 35,156.76 |
| | | | | PA Workmens Comp | | |
| | | | | EMS Tax | | 35.00 |
| | | | | CREDIT UNION | | 6,154.80 |
| Total Gross | | 2,575.92 | 58,859.19 | | | |
| Deduction(excl direct deposit) | | 847.97 | 23,702.43 | | | |
| Net Pay | | 1,727.95 | 35,156.76 | Other Deductions | | |
| Sick 91.000 | Vacation 0.000 | | Personal 2.500 | Emergency 0.000 | | |
| | | | | CHECK DATE: 12/14/07 | AMOUNT: | $0.00 |



D0010568

Direct Deposit Amount   $   1,727.95                    12/14/07              **********0.00

SUSAN M YARNELL
1905 LAKELAND DR
FAIRVIEW, PA 16415                                          **Non-Negotiable**

| SSN ▓▓▓ | Name: SUSAN M YARNELL | Dept: 20 | Loc: 80 | | CHECK #: D0010568 | |
|---|---|---|---|---|---|---|
| Earnings | | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
| Salary | | 2,575.92 | 58,859.19 | FIT (M 0) +$50.00 | 329.32 | 6,128.87 |
| | | | | Medicare | 37.35 | 853.50 |
| | | | | Social Security | 159.71 | 3,649.32 |
| | | | | State Tax - Pennsylvania | 79.08 | 1,806.99 |
| | | | | PA Unemp Comp | 2.32 | 53.06 |
| | | | | Wage Tax - FAIRVIEW | 25.76 | 588.58 |
| | | | | Retirement | 167.43 | 3,825.83 |
| | | | | HCEA UNION DUES | 47.00 | 606.48 |
| | | | | DDN Deposit (CK) | 1,727.95 | 35,156.76 |
| | | | | PA Workmens Comp | | |
| | | | | EMS Tax | | 35.00 |
| | | | | CREDIT UNION | | 6,154.80 |
| Total Gross | | 2,575.92 | 58,859.19 | | | |
| Deduction(excl direct deposit) | | 847.97 | 23,702.43 | | | |
| Net Pay | | 1,727.95 | 35,156.76 | Other Deductions | | |
| Sick 91.000 | Vacation 0.000 | | Personal 2.500 | Emergency 0.000 | | |
| | | | | CHECK DATE: 12/14/07 | AMOUNT: | $0.00 |